# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128166

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES THOMPSON, KAVIN WICKLIFFE,
KERCHENZ ENNA, LINDELL PHILLIPS,
and, JAMES THOMAS,
            Plaintiffs-Appellants,

v

SC: 128166
COA: 256533
MERC: 99-000125

CHARTER TOWNSHIP OF ROYAL OAK,
            Defendant-Appellee.

_____/

    On order of the Court, the application for leave to appeal the January 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

s0919